**Order entered May 19, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00325-CV

### TEODORA RIVAS CARRION, Appellant

### V.

### GILBERTO CARRION, Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-18880**

## ORDER

Before the Court is appellant's May 16, 2014 pro se motion to extend time to file notice of appeal. The motion is written in both English and Spanish and appears to ask not only for an extension of time to file the notice of appeal but also help with the appeal, which we construe as a request for appointment of counsel. Our records reflect the trial court's judgment was signed February 17, 2014, and the notice of appeal was filed March 13, 2014. Our records also reflect appellant has been found entitled to proceed as indigent.

Based on our records, we **DENY** the extension motion as moot because the notice of appeal was filed within thirty days of the date the judgment was signed and is timely. *See* TEX. R. APP. P. 26.1. We also **DENY** the request for help with the appeal because the Court does not appoint counsel and appellant's docketing statement reflects she has authorized the State Bar of

Texas Appellate Section Pro Bono Committee and local bar association to contact her trial counsel of record if necessary regarding the appeal as part of the Committee's and bar association's screening of this case for inclusion in the Pro Bono Program.


/s/     ELIZABETH LANG-MIERS
        JUSTICE